IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLAIR MORRIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 15 CV 01330 |
| | ) | Honorable Joan H. Lefkow |
| v. | ) | Magistrate Michael T. Mason |
| | ) | |
| MENARD, INC., a Wisconsin Corporation, | ) ) | (Removed from the Circuit Court of Cook County, 5th Municipal |
| | ) | |
| Defendant. | ) | District, Illinoi |
| | ) | Case No. 14 M5 003791 |
| | ) | |
| | ) | **JURY DEMAND** |

## DEFENDANT MENARD INC.'S MOTION FOR REMAND

NOW COMES the Defendant, MENARD, INC. by and through its attorneys, OTTOSEN BRITZ KELLY COOPER GILBERT & DINOLFO, LTD., and for its Motion to Remand this matter to the Circuit Court of Cook County states as follows:

1. Plaintiff originally filed her complaint in the Circuit Court of Cook County on December 30, 2014, and Defendant Menard, Inc. was served with summons on January 21, 2015.

2. Defendant Menard, Inc. filed a Notice of Removal on February 12, 2015, based on the diversity jurisdiction provision of 28 U.S.C. §1332(a). At the time that the Notice of Removal was filed, Plaintiff had refused to stipulate that damages in this case would not exceed $75,000, after a request was made for a stipulation on at least two occasions.

3. Defendant Menard, Inc. relied on refusal of stipulation that damages would not exceed $75,000, in order to meet the $75,000 amount in controversy requirement of §1332(a).

4. However, this Court disagreed after making an inquiry to counsel for Plaintiff. The Court remanded the matter.

      5.      However, the minute order entry states "dismissed for lack of jurisdiction." As a result, the court clerk will not send a certified order to the state court.

      6.      Without this action, the federal court cannot be divested of jurisdiction.

WHEREFORE, for the foregoing reasons, Defendant Menard, Inc. moves this Honorable Court to remand this matter back to the Circuit Court of Cook County, Illinois.

Respectfully submitted,

Menard, Inc.

By: /s/ W. Anthony Andrews
One of its attorneys

ARDC: 6217267
W. Anthony Andrews
Ottosen, Britz, Kelly, Cooper
Gilbert, & DiNolfo Ltd.
1804 N. Naper Blvd; Suite 350
Naperville, IL. 60563
630-682-0085

GBS/Menard, Inc./Morris / Menard/Morris / MOT Remand /166386